**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02668-CMA-CBS

LOUIS P. MATTIS,

    Plaintiff,

v.

BAYER CORPORATION,

    Defendant.

_____

ORDER GRANTING BRIEFING SCHEDULE
_____

The Stipulated Motion for Briefing Schedule on Plaintiff Louis P. Mattis' Motion for Preliminary Injunction (Doc. # 18), filed April 29, 2009, is ACCEPTED by the Court. It is therefore

    ORDERED that 1)  Defendant Bayer Corporation shall file its Opposition to Plaintiff's Motion for Preliminary Injunction on or before Tuesday, May 12, 2009; and

    2)  Plaintiff shall file his Reply to Defendant's Opposition on or before Tuesday, May 19, 2009.

DATED: May 1, 2009.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge