**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02668-CMA-CBS

LOUIS P. MATTIS,

      Plaintiff,

v.

BAYER CORPORATION,

      Defendant.

---

**ORDER FOR TELEPHONIC STATUS CONFERENCE
TO SET EVIDENTIARY HEARING REGARDING PRELIMINARY INJUNCTION**

---

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction

(Doc. # 17).  The Court having reviewed the motion and the file, it is hereby

ORDERED that counsel for the parties shall call the Court on a conference call

for a telephonic status conference with the Court on **May 27, 2009 at 1:30 p.m.**  At this

conference, the setting of an evidentiary hearing regarding a preliminary injunction will

be addressed.

      DATED:  May __22__, 2009

                         BY THE COURT:

                         _____

                         CHRISTINE M. ARGUELLO
                         United States District Judge