# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-02668-CMA-CBS** | **FTR -** Reporter Deck - Courtroom A402 |
| **Date:  May 26, 2009** | **Courtroom Deputy:**   Linda Kahoe |

LOUIS P. MATTIS,                                                    Ronald L. Wilcox

     Plaintiff,

v.

BAYER CORPORATION,                                         Nicole A. Diller (via phone)

     Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER
---

**HEARING:   Settlement Conference**
**Court in session:     4:03 p.m.**

Court calls case.

The Court advises the parties of the tentative settlement agreement which has been reached.

The Court questions plaintiff as to his understanding and agreement with the terms as stated.

The Court questions defendant as to its understanding and agreement with the terms as stated.

The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**ORDERED:**   **The transcript of this settlement conference is SEALED and may only be unsealed by Order of the Court.**

**ORDERED:**   **A stipulated motion to dismiss shall be submitted to the Court on or before June 15, 2009.  All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.**

Plaintiff orally moves to withdraw, without prejudice, the Motion for Preliminary Injunction

(doc #17, filed 4/28/2009). Defendant states no objection.

**ORDERED:   Plaintiff's oral motion to withdraw, without prejudice, the Motion for Preliminary Injunction (doc #17, filed 4/28/2009) is GRANTED.**

Plaintiff orally moves for an extension of time to June 19, 2009 to file an Answer to Counterclaim of Bayer Corporation Against Louis P. Mattis (doc #21, filed 5/12/2009). Defendant states no objection.

**ORDERED:   Plaintiff's oral motion for extension of time to file an Answer to Counter Claim of Bayer Corporation Against Louis P. Mattis (doc #21, filed 5/12/2009) is GRANTED up to and including June 19, 2009.**

HEARING CONCLUDED.
**Court in recess**:   **4:34 p.m.**

The Court spent 2 hours preparing for and conducting this Settlement Conference.