IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02668-CMA-CBS

LOUIS P. MATTIS,

    Plaintiff,

v.

BAYER CORPORATION,

    Defendant.

## ORDER ON STIPULATED MOTION TO DISMISS ACTION

The parties' Stipulated Motion to Dismiss Action (Doc. # 40), having been considered by the Court, is GRANTED. Accordingly, it is

ORDERED that this action, including all claims and counterclaims related to overpayments of SERP benefits, whether asserted or which could have been asserted in this action, is DISMISSED WITH PREJUDICE, each party to bear his or its own costs and expenses, including attorney fees.

DATED: July  22 , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge